IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EYASU DEGU YOSEPH, | § § § § | |
| Petitioner, | | |
| v. | § § § § § § § | CAUSE NO. EP-26-CV-176-KC |
| KRISTI NOEM et al., | | |
| Respondents. | | |

## ORDER

On this day, the Court considered Eyasu Degu Yoseph's Petition for a Writ of Habeas Corpus, ECF No. 1, asking for his release. The Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted by February 3, 2026. Jan. 27, 2026, Show Cause Order 2, ECF No. 2. Respondents now inform the Court that Yoseph has been released from custody. Advisory, ECF No. 3. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).

Accordingly, the Petition, ECF No. 1, is **DISMISSED** as moot. To the extent Yoseph wishes to seek additional relief from the Court, he may file a motion to reopen.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 4th day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE